## DOOLAN and Others v. CUNNINGHAM, Administrator, etc.

### No. 8280; December 8, 1884.

#### 4 Pac. 1193.

**Appeal.—The Use of the Word "Defendant" Instead of "Defendants"** in conclusions of law, when clearly a clerical misprision, is not entitled to any regard on appeal.

APPEAL from the Superior Court of the City and County of San Francisco.

George W. Tyler for respondents; Cary & Troutt for respondents.

By the COURT.—We have examined the record in this case and find it without error. The use of the word "defendant" instead of "defendants," in the conclusions of law, is so clearly a mere clerical misprision that we do not think it entitled to any regard. Judgment affirmed.